■ In the Matter of CARMINE TEMPESTA, Appellant, v BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK et al., Respondents.—In a proceeding pursuant to CPLR article 78 to review a determination of the respondents, dated May 18, 1988, which terminated his employment as a teacher, the petitioner appeals from a judgment of the Supreme Court, Kings County (Bernstein, J.), entered June 21, 1989, which dismissed the petition.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Bernstein in the Supreme Court. Thompson, J. P., Lawrence, Eiber and Ritter, JJ., concur.